Order affirmed; no opinion.
 

 Concur: Chief Judge Conway and Judges Dye, Fuld, Froessel and Van Voorhis. Judges Burke and McGivern
 
 *
 
 dissent and vote to reverse upon the authority of
 
 Matter of Anderson
 
 v.
 
 Power
 
 (1 A D 2d 603, affd. 1 N Y 2d 868),
 
 Matter of Marcatante
 
 v.
 
 Lundy
 
 (4 A D 2d 883, revd. on dissenting-memorandum below 3 N Y 2d 913),
 
 Matter of Warsoff
 
 v.
 
 Cohen
 
 (289 N. Y. 108),
 
 Matter of Connors
 
 v.
 
 Messina
 
 (308 N. Y. 877), and
 
 Matter of Bailey
 
 v.
 
 Power
 
 (5 N Y 2d 746).
 

 *
 

 Designated pursuant to section 5 of article VI of the State Constitution in the temporary absence of Judge Desmond.